**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01298-CR

**MONTREAX CANTREL WALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1855149-J**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the April 5, 2019 motion of Michael Mowla for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Michael Mowla as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Montreax Cantrel Walton, TDCJ No. 02222240, Hutchins Unit, 1500 East Langdon Road, Dallas, Texas, 75241.

/s/      BILL PEDERSEN, III
             JUSTICE